CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ISABEL BUSSARAKUM (Bar No. 295046)
(E-Mail: isabel_bussarakum@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
TRENT TOMASOVICH

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRENT TOMASOVICH, <br><br> Defendant. | Case No. CR 19-53-JFW <br><br> **DEFENDANT TRENT TOMASOVICH'S LETTER TO THE COURT** <br><br> Hearing Date; 8/29/2022 <br> Hearing Time; 8:00 a.m. |

Defendant Trent Tomasovich, by and through his counsel of record, Deputy Federal Public Defender Isabel Bussarakum, hereby submits his letter to the Court.

                                                                                            Respectfully submitted,

                                                                                            CUAUHTEMOC ORTEGA
                                                                                            Federal Public Defender

DATED: August 16, 2022         By  */s/ Isabel Bussarakum*
                                                       ISABEL BUSSARAKUM
                                                       Deputy Federal Public Defender
                                                       Attorney for TRENT TOMASOVICH

First off I would like to thank the court for taking the time to look over my case as well as all the video and letters my family and friends sent in. I got arrested on July 23, 2019 thus making it a little over 3 years since I have been down. In those 3 years I have done a lot of self-improvement/reflection years which has allowed me to realize the drastic effect and impact my actions have caused family, friends, those closest to me, but most importantly the families of the victims. I grew up in a loving family and for the longest time I took it for granted. Ever since I can remember I have struggled with drug addiction. I understand you have been given a lot of info about my past so I'll keep this part brief, but I believe my main point I want to convey about my addiction is while I was in it I truly believed I wasn't hurting anybody but myself. Inside of it it's so crazy how far our addiction takes us from the truth of reality. Outside of it it's crazy to look back and see how far from the truth it is. Looking back through my life my drug addiction has been the root more or less of every problem so far including the reason I'm sitting before you today. I know it's only been 3 years but in this time period I have come to understand the magnitude of Loss and Pain my decisions have caused those around me. I would like to state this point before continuing. I started selling solely to support my habit; not to get rich and definitely not to become the next drug kingpin. I started selling Fentanyl because I used it. By the time I realized how dangerous and unpredictable this drug was it was too late. If I could go back to that day and take back what transpired I would. This tragic and devastating mistake has completely flipped not 1, not 2, but 3 families upside down. 1st and 2nd are obviously the victims themselves and their families but 3rd is myself and my family. I lost my dad in the beginning of my incarceration very un-expectantly and that has been the hardest yet most eye opening experience this far in my life. I blame myself almost every day that I couldn't attend my Dad's funeral when I should have that's my fault entirely. Whatever small hold that was holding my family together broke leaving it in pieces. My Dads gone, my sister doesn't talk to anyone in the family anymore and I am in here missing out on helping my mom pick up the pieces. All of this is my fault and losing my Dad when I did has made me understand and realize how precious life is. The loss of a family member causes incomprehensible pain, and I can't even begin to describe how sorry I am. My heart goes out to the families of All the Victims that have been impacted by this. I'm sorry for the sleepless nights, hurtful memories, but most importantly I am sorry that my actions cut short the lives of 2 amazing people. It honestly devastates me to contemplate the sorrow I have caused so many innocent people as well as the countless lives affected. I hope above anything the victims' families can find peace and overcome the difficult hardships I have caused. I hope that one day the people that have been impacted by this can find it in themselves to forgive me. I know along this journey I hope to one day forgive myself. During the rest of my time incarcerated I plan to learn how to become a productive member of society. I want to learn how to deal with life's problems without the use of drugs. I want to learn how to become responsible, someone people can depend o. I want to integrate back into the real world happy healthy and sober. I want to learn as much as I can and become the best person I know I can be. I take full responsibility and accountability for my actions. I hope everyone effected by this can somehow grow and become the best version of themselves that they can be. Deep down I am compassionate, loving and charismatic person and have always only wanted what's best for people. I am good hearted and wouldn't wish this upon my worst enemy. I am so so so so utterly sorry for my actions and pray everyday everyone finds peace within themselves and others. I understand the severity of my crimes and hope you can find it in yourself to be as lenient as my guidelines allow. Thank you again for your time and consideration you have taken for my case, have a blessed day.